**L.C. ELDRIDGE SALES CO., LTD., Leseman Davis LLC, Plaintiffs–Appellees**

v.

**JURONG SHIPYARD PTE., LTD., Atwood Drilling, Inc., Atwood Oceanics Management, LP, Atwood Oceanics Global Limited, Seadrill Americas, Inc., Seadrill U.S. Gulf LLC, Defendants–Appellants.**

**Azen Manufacturing Pte., Ltd., Sembcorp Marine Ltd., Twin City Fan Companies, Ltd., Zhengzhou FG Offshore Engineering & Equipment Co., Ltd., FG Engineering, Ltd., Sembcorp Holdings, LLC, Sembcorp–Sabine Industries, Inc., Sembcorp–Sabine Shipyard, Inc., Defendants.**

**No. 2015–1143.**

United States Court of Appeals, Federal Circuit.

July 17, 2015.

Christopher Johnson, Yetter Coleman, LLP, Austin, TX, argued for plaintiffs-appellees. Also represented by Thomas M. Morrow, Marc S. Tabolsky, Richard Paul Yetter, Eric P. Chenoweth, Houston, TX.

**1016**

David A. Allgeyer, Lindquist & Vennum PLLP, Minneapolis, MN, argued for defendants-appellants. Also represented by Carrie Ryan Gallia, Christopher R. Sullivan.

NEWMAN, O'MALLEY, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**